# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1604
_____

ELVIS TROTMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

September 4, 2024

PER CURIAM.

AFFIRMED. *See Chester v. State*, 213 So. 3d 1080, 1082 (Fla. 1st DCA 2017) ("Even when a prosecutor makes an improper comment on a defendant's right to remain silent, a trial court does not abuse its discretion in denying a mistrial where the comment 'was not so prejudicial as to vitiate the entire trial.'" (quoting *Poole v. State*, 997 So. 2d 382, 391 (Fla. 2008)).

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Appellee.